

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MARTHA H. SANCHEZ, | § | No. 08-15-00088-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| HUGO C. BALDERRAMA AND MERIKA H. SANCHEZ. | § | of El Paso County, Texas |
|  | § | (TC# 18,405) |
| Appellee's. | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 8, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David Trosman, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 8, 2015.

IT IS SO ORDERED this 25th day of September, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.